```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16673
   JEFFREY WILLIAM SEBAHAR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5647


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/27/2008 and was not confirmed.

     The case was dismissed without confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A SECURED VEHIC   19562.23            .00         1306.40
NANCY SEBAHAR            NOTICE ONLY     NOT FILED           .00             .00
ADVOCATE HEALTH CARE     UNSECURED       NOT FILED           .00             .00
ADVOCATE CHRIST HOSPITAL NOTICE ONLY     NOT FILED           .00             .00
AT & T UNIVERSAL CARD    UNSECURED       NOT FILED           .00             .00
FIA CARD SERVICES        UNSECURED         777.23            .00             .00
FIA CARD SERVICES        UNSECURED        7200.24            .00             .00
BENEFICIAL NATL BANK     UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED        8242.31            .00             .00
ROUNDUP FUNDING LLC      UNSECURED       22202.95            .00             .00
ROUNDUP FUNDING LLC      UNSECURED       17589.03            .00             .00
LVNV FUNDING             UNSECURED       20024.41            .00             .00
DISCOVER FINANCIAL SERVI UNSECURED        9913.12            .00             .00
FIA CARD/BANK OF AMERICA UNSECURED       NOT FILED           .00             .00
FIA CARD SERVICES        NOTICE ONLY     NOT FILED           .00             .00
FIA CARD SVC             NOTICE ONLY     NOT FILED           .00             .00
ECAST SETTLEMENT         UNSECURED         267.64            .00             .00
BEST BUY                 UNSECURED       NOT FILED           .00             .00
MEDICAL SPECIALISTS      UNSECURED         150.00            .00             .00
US BANK                  UNSECURED       NOT FILED           .00             .00
CHRYSLER CREDIT CORP     NOTICE ONLY     NOT FILED           .00             .00
GE MONEY BANK            NOTICE ONLY     NOT FILED           .00             .00
US BANK                  SECURED NOT I   17772.46            .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY      3,400.00                           .00
TOM VAUGHN               TRUSTEE                                          113.60
DEBTOR REFUND            REFUND                                           710.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,130.00

PRIORITY                                          .00
SECURED                                       1,306.40

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16673 JEFFREY WILLIAM SEBAHAR
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                113.60
DEBTOR REFUND                                                       710.00
                                       ---------------    ---------------
TOTALS                                        2,130.00           2,130.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 08 B 16673 JEFFREY WILLIAM SEBAHAR